IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FALLOU SALL<br><br>Petitioner,<br><br>v.<br><br>JESSICA SAGE, WARDEN OF FCI LEWISBURG<br><br>Respondent. | : | 3:26-cv-2930<br>(JUDGE MARIANI) |

**ORDER**

**AND NOW, THIS** 29 **DAY OF OCTOBER 2026**, upon consideration of Petitioner Fallou Sall's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 7), Petitioner's traverse and motion challenging the constitutionality of his bond hearing (Docs. 9, 12), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Fallou Sall from the custody of the Warden of FCI Lewisburg and **SHALL RETURN** to him all his personal belongings.
3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing an affidavit or declaration pursuant to 28 U.S.C. § 1746 **no later than Tuesday**

**November 3, 2026, at 5:00 P.M.**, confirming that Petitioner Fallou Sall has been released from custody and that his personal belongings have been returned.

4. Respondent is **PERMANENTLY ENJOINED** from detaining Petitioner Fallou Sall pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.
5. Upon Petitioner's release from FCI Lewisburg, Respondent shall be **TEMPORARILY ENJOINED** from re-arresting Petitioner Fallou for a period of **seven (7) days** to ensure that this habeas remedy is effective.
6. If Respondent later elects to re-detain Petitioner pursuant to 8 U.S.C. § 1226(a), the Government shall be held to the *German Santos* "clear and convincing" evidentiary standard and must first demonstrate to a fair and impartial Immigration Judge that re-detention is necessary because Petitioner presents a danger to the community *or* would pose a flight risk if released.
7. Petitioner's "Motion Challenging Constitutionality of Agency Action" (Doc. 12) is **DISMISSED AS MOOT.**
8. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge